*Ian A. Cole,* in support of the petition.

*Thomas J. Welch,* in opposition.

Decided June 23, 2004

## JOHNNY BERNARD LEE *v.* COMMISSIONER OF CORRECTION

The petitioner Johnny Bernard Lee's petition for certification for appeal from the Appellate Court, 82 Conn. App. 905 (AC 23886), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided June 23, 2004

## STATE OF CONNECTICUT *v.* DONALD BROWN

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 678 (AC 24145), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Michael L. Regan,* supervisory assistant state's attorney, in opposition.

Decided June 23, 2004

## SUSANA F. RICE *v.* RICHARD J. RICE

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24775) is denied.